UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOSANY SOSA-MESA,

      Petitioner,

v.                         Case No.  2:26-cv-466-JES-NPM

KRISTI NOEM, U.S. Secretary
of DHS; TODD LYONS, Acting
Director, Immigration and
Customs Enforcement, and
WARDEN of South Side
Detention Center,

      Respondents.

_____/

**ORDER**

This matter comes before the Court on Petitioner's Motion for Temporary Restraining Order (Doc. 1).  The one-paragraph motion seeks to enjoin respondents from "violating Petitioner's due process rights" without a meaningful opportunity to be heard.  The motion was filed with a Petition (Doc. 4) for writ of habeas corpus relief pursuant to 28 U.S.C. § 2241.  The Court issued an Order (Doc. 6) directing service, and for respondents to show cause by response why the Petition for Writ of Habeas Corpus (Doc. 1) should not be granted.  Respondent Warden filed a Motion to Dismiss (Doc. 8), and the federal respondents filed an Opposition (Doc. 9).  As

respondents have been served and have now appeared, the motion will be denied as moot.

"[J]urisdiction attaches upon the initial filing of the §2241 petition and will not be destroyed by a petitioner's subsequent Government-effectuated transfer and accompanying change in physical custodian." Villa v. Normand, No. 5:25-CV-89, 2025 WL 3113200, at *4 (S.D. Ga. Oct. 16, 2025); Mujahid v. Daniels, 413 F.3d 991, 994 (9th Cir. 2005) ("If a § 2241 petition must be transferred every time the petitioner is transferred, it is doubtful that the case would ever be decided."). The Court will review the Petition as expeditiously as possible and transfer outside of the Middle District of Florida will not render the Petition moot.

Accordingly, it is now

**ORDERED:**

Petitioner's Motion for Temporary Restraining Order (Doc. 1) is **DENIED** as moot.

**DONE AND ORDERED** in Fort Myers, Florida on March 25, 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2